# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

Nancy L. Moore,                )
                                  )

              Plaintiff,      )
                                  )

v.                              ) Case No. 15-4128-CV-C-JTM
                                  )

Carolyn Colvin,              )
                                  )

              Defendant.    )

## ORDER

Pending before the Court is plaintiff's motion to dismiss, filed January 18, 2016 [Doc. 14].

After due consideration of the issues presented, and no objection having been raised, it is

**ORDERED** that plaintiff's motion to dismiss, filed January 18, 2016 [Doc. 14] is **GRANTED** and this matter is hereby **DISMISSED**.


                               */s/ John T. Maughmer*
                                **John T. Maughmer**
                       **United States Magistrate Judge**